UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -9 AM 10: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

      **Plaintiff,**

v.

**RANDSTAD NORTH AMERICA, L.P.**
**d/b/a RANDSTAD,**

      **Defendant.**

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05cv2569-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Decree entered on November 4, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/9/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-9-05

(5)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02569 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

John Kelly
RANDSTAD NORTH AMERICA, L.P.
2015 So. Park Place
Atlanta, GA 30339

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT